FILED

1   PATRICIA BARBOSA (SBN 125865)
    KEVIN BAYLEY (SBN 218070)

2   **BARBOSA GROUP**
    16531 Bolsa Chica St., Suite 205

3   Huntington Beach, CA 92649
    Tel: (714) 465-9486

4   PBarbosa@barbosagrp.com

5   KBayley@barbosagrp.com

6   Attorneys for Plaintiffs, BEN ROCKWELL

7   And CATHY SHIMOZONO

2014 FEB 11  PM 1:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF C. LIF.
SANTA ANA

BY _____ MB

8

9            UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   BEN ROCKWELL, and<br>     CATHY SHIMOZONO | ) Case No.: SACV13-767-JLS (JPRx)<br>) |
| 13 | ) Civil Rights<br>) |
| 14         Plaintiffs, | ) [Honorable Josephine L. Staton,<br>) presiding] |
| 15   vs. | )<br>) |
| 16   CITY OF LONG BEACH; EVOLUTION | ) **FIRST AMENDED COMPLAINT**<br>) **FOR INJUNCTIVE RELIEF AND** |
| 17   HOSPITALITY, LLC; GARRISON | ) **DAMAGES FOR DISABILITY**<br>) **DISCRIMINATION IN VIOLATION** |
| 18   INVESTMENT GROUP and DOES 1<br>    through 10 Inclusive, | ) **OF:**<br>) |
| 19 | ) 1. Americans with Disabilities Act,<br>)    Titles II and III; 42 U.S.C. §12101 |
| 20        Defendants. | )    et seq.;<br>) 2. California Gov't Code 4450 et seq. |
| 21 | ) 3. California Health & Safety Code<br>)    § 19955 et seq.; and |
| 22 | ) 4. California Civil Code § 51 et seq.<br>) |
| 23 | )    **JURY TRIAL DEMANDED**<br>) |
| 24 | |

25     Plaintiffs BEN ROCKWELL and CATHY SHIMOZONO complain of

26   Defendants CITY OF LONG BEACH; EVOLUTION HOSPITALITY, LLC;

27   GARRISON INVESTMENT GROUP and DOES 1 through 10, Inclusive, and allege

28

---

as follows:

## INTRODUCTION

1.     Plaintiffs BEN ROCKWELL and CATHY SHIMOZONO are long-time activists working to eliminate disability discrimination in our society for themselves and other persons with disabilities.  They are also long-time visitors to the Queen Mary's many exhibits, retails establishments, dining facilities and tourist attractions. Plaintiffs bring this lawsuit to seek the removal of the many physical barriers on the ship, and discriminatory policies that have long denied, and continue to deny them equal access to and use of the full-service Long Beach hotel, historical landmark, and entertainment venue known taking place on the Queen Mary, solely on the basis of their disabilities.

2.     The Queen Mary, the subject of this lawsuit, has a long history starting as a luxury cruise liner to wartime vessel, and now as a tourist attraction and hotel for the City of Long Beach.  The public is invited to see genuine Art Deco décor dating back to the 1930's, take "ghost" tours of past phantom activity, stay in one of 346 First-Class staterooms and suites, and enjoy fine dine while viewing the City lights of Long Beach.   The Queen Mary also provides unique touring exhibits such as the Princess Diana Legacy Tour, as well as special events for Halloween, Christmas and many other attractions throughout the year.  Although the once sea-going ship is an historic landmark, over the years it has been significantly altered and transformed into a series of public accommodations following the removal of the engines of the ship and the permanent mooring of the ship in Long Beach.

3.     The Americans with Disabilities Act ("ADA") was enacted over twenty years ago, establishing the most important and comprehensive civil rights law protecting persons with disabilities in our country's history. One of the principal goals of the ADA is the integration of people with disabilities into the country's economic and social life. (42 U.S.C. § 12101(a))  Despite this long-standing mandate,

Defendants -- the owners, operators, lessors and lessees of the Queen Mary -- have failed to provide people with disabilities equal access to the goods, programs, services and activities offered at the Queen Mary in violation of Titles II and III of the ADA by constructing and/or failing to remove architectural barriers, and by failing to modify its policies and practices where necessary to avoid discrimination on the basis of disability. In so doing, Defendants have also violated California civil rights laws including Health and Safety Code §§19955 et seq.; and the Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code § 51 et seq.

4.      As a result of Defendants' discriminatory acts and omissions, Plaintiffs have been, and will continue to be denied the benefits of and prevented and deterred from accessing and using Defendants' goods, services and facilities to the same extent as, and in a manner equal to, their able-bodied peers.  Accordingly, Plaintiffs have suffered, and will continue to suffer damages.  Through this lawsuit, Plaintiffs seek an injunction requiring Defendants to provide "full and equal" access to the public facilities on the Queen Mary for themselves and other people with disabilities as required by law.  They also seek compensation for the discrimination suffered as the result of Defendants' acts and omissions.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 for violations of the ADA, 42 U.S.C. 12101 et seq.  Pursuant to supplemental jurisdiction, attendant and related causes of action, arising from the same facts, are also brought under California law, including but not limited to violations of California Health & Safety Code §19955 et seq.; and the Unruh Act, Cal. Civ. Code § 51 et seq.

6.      Venue is proper in this court pursuant to 28 U.S.C. §1391(b) and is founded on the fact that the real property which is the subject of this action is located in the Central District and that Plaintiffs' causes of action arose in the Central District.

## PARTIES

7.    Plaintiff BEN ROCKWELL ("Mr. Rockwell") is, and at all times relevant herein was, an individual with a "disability" as defined by the ADA and California law. 42 USC § 12102; 28 C.F.R. § 35.104; 28 C.F.R. § 36.104; and Cal. Gov't Code § 12926.  Mr. Rockwell is unable to independently stand or walk, and has limited strength as the result of his physical impairments.  Mr. Rockwell requires the use of a wheelchair for mobility. Mr. Rockwell is unable, due to his physical disability, to independently use public facilities and amenities offered by Defendants on the Queen Mary that are not designed, constructed or altered in compliance with applicable federal and state accessibility standards.

8.    Plaintiff CATHY SHIMOZONO ("Ms. Shimozono") is, and at all times relevant herein was, an individual with a "disability" as defined by the ADA and California law. 42 USC § 12102; 28 C.F.R. § 35.104; 28 C.F.R. § 36.104; and Cal. Gov't Code § 12926.  Ms. Shimozono is unable to independently stand or walk, and has limited strength as the result of her physical impairments.  Ms. Shimozono requires the use of a wheelchair for mobility.  Ms. Shimozono is unable, due to her physical disability, to independently use public facilities and amenities offered by Defendants on the Queen Mary that are not designed, constructed or altered in compliance with applicable federal and state accessibility standards.

9.    Defendant CITY OF LONG BEACH ("City") is the current owner, operator, lessor and/or lessee of the lodging, dining and tourist facilities  located on the Queen Mary, and its related facilities (collectively "Queen Mary"), located at 1126 Queens Hwy, in the City of Long Beach, California 90802.

10.    On information and belief, the City owns the docks and the Queen Mary vessel, and leases them to different operators who manage and operate the public facilities, and provide the goods and services to the public.

11.    Defendant EVOLUTION HOSPITALITY, LLC  is the current operator, lessor and/or lessee of the goods and services offered to the public on the QUEEN

MARY.

12.    Defendant GARRISON INVESTMENT GROUP  is the current operator, lessor and/or lessee of the QUEEN MARY.

**FACTS UPON WHICH ALL CLAIMS ARE BASED**

13.    The Queen Mary is an establishment providing lodging, dining and tourist facilities to the public, and is therefore a place of public accommodation" as that term is defined under Title III of the ADA, 42 U.S.C. §§ 12181(7) (A) (B) (C) (D) and (E), and California civil rights laws. Cal. Civ. Code §§ 51 et seq.; and Health & Saf. Code § 19955 et seq.

14.    On information and belief, the City owns the Queen Mary, and leases it to operators who manage and operate the Queen Mary's public facilities, and provide the Queen Mary's goods and services to the public.

15.    On information and belief, the Queen Mary is classified as a "building" by the U.S. Coast Guard because the engines and mechanics for sailing have been removed and it is permanently moored in Long Beach.

16.    Plaintiffs and other similarly situated people with physical disabilities who require the use of a wheelchair or other mobility device, are unable to access and use the goods, services and facilities offered at the Queen Mary on a "full and equal" basis unless they are brought into compliance with applicable federal and state accessibility standards, and discriminatory policies modified to eliminate discrimination based on disability

***Plaintiff Rockwell***

17.    Plaintiff Ben Rockwell has regularly visited the Queen Mary since the early 80's, and has done so on many occasions, for special events, tours and to stay in the hotel.  Mr. Rockwell's last three visits to the Queen Mary occurred on September 11, 2012, December 11, 2012 and December 7, 2013. On September and December 2012 Mr. Rockwell spent the night on the Queen Mary and experienced significant physical barriers that prevented him from being able to access and use the goods,

services, facilities and accommodations offered by Defendants to the general public at the Queen Mary independently and/or in a manner equal to his non-disabled peers. On December 7, 2013 Mr. Rockwell visited the Queen Mary to attend a holiday lunch. He experienced many of the same barriers in regards to the paths of travel, entrance, and restroom issues. Barriers he encountered include:

   a. HOTEL ROOMS:

- The designated accessible guestrooms are all situated the furthest from the check-in desk and elevators, and are all inside cabins, preventing him from enjoying the views from outside cabins, making it difficult for him to go to and from his room, and compromising his cell phone reception.

- All of the designated accessible guestrooms have barriers in the restrooms, which do not conform to the size and configuration for the toilet, lavatory and shower for accessible restroom facilities, making it difficult for him to use the facilities fully and safely.

- The path of travel to the accessible guestrooms is very long with thick carpeting that makes it difficult for wheelchair users to roll over.

- The hotel offers a variety of hotel rooms with differing amenities, from suites, views and rooms with different beds and locations. However, the only guestrooms designated as accessible are all interior rooms without views, balconies, or other amenities offered to the general public.

- 

   b. PUBLIC RESTROOMS:

- With the exception of the restrooms serving the Tea Room, the public restrooms on the Queen Mary either lack accessible

features, or are incorrectly configured so that they are not safe
or usable by wheelchair users. In the past Mr. Rockwell has
been embarrassed by having to use a women's restroom to
accommodate his needs, as some of the women's restrooms are
marginally better. Employees have directed him to use the
women's restroom due to the lack of accessible men's
restrooms, which requires an employee to empty out the
restroom and makes Mr. Rockwell the focus of unwanted
attention due to his disability. At other times, Mr. Rockwell
has had to leave functions to search for a restroom on other
parts of the ship he could use, making him suffer
embarrassment and distress at having to leave functions to
search for a place to use the restroom.

c. DINING SALONS AND FACILITIES:

o Mr. Rockwell has been and continues to be excluded from the
unique experience of dining in the Sir Winston Lounge and
Restaurant, which provides fine dining and a bar and lounge,
because it is only there are a set of stairs at the entrance, and
there is no accessible path of travel from inside the ship to the
Restaurant. Mr. Rockwell has long desired to eat at this
restaurant which offers spectacular views of the City and
ocean, and with the reputation for the best dining on the ship.

o Mr. Rockwell has visited and eaten at all other salons,
restaurants and bars, and has encountered significant barriers in
all of them, including in the Observation Bar; Chelsea Chowder
Bar; Queen Salon; King's Salon; Victoria Salon; Grand Salon;
and the bakery and deli, which frustrated and distressed him,
including: excessively high entrance thresh holds, inaccessible

tables and bars, a lack of an accessible paths of travel, and lack of accessible restrooms serving the bars and restaurants.

d. TOURS:

o The Queen Mary offers a variety of tours for the public, most of which are not accessible to persons using wheelchairs due to the lack of access to the different levels where the tours take place. Mr. Rockwell has been excluded from many of the tours, although the information provided to the general public incorrectly state that the tours are accessible to persons with disabilities. Permanent tours that are inaccessible to wheelchair users include, "Ghosts and Legends," "the Glory Days," "World War II Tour," "Haunted Encounters," and the "Self-Guided Tours." The foregoing tours are inaccessible due to the lack of access to the different levels on the ship, such as the Sun and Sport Deck, where the self-guided tours takes place, and for which there is no wheelchair access. Defendants also offer temporary exhibits that are also inaccessible to wheelchair users, such as the Halloween and Chiller Christmas events that do not provide accessible paths of travel or access to the activities offered; all of which exclude and deny Plaintiffs the benefit of the goods, services and experiences offered to the general public by Defendants.

e. PARKING:

o Defendants offer paid public parking. However, there is no designated accessible parking in the main public parking lots. There are a few designated parking spaces, which are signed as temporary and "reserved." None of the designated accessible parking spaces are compliant with accessibility standards due

to incorrectly sized and configured spaces, and none of which offers an accessible path of travel to the Queen Mary entrance.

f. SUN DECKS:

- The ship offers sun decks with seating and places to view the City and ocean.   However, there is no accessible path of travel for a wheelchair user to access the Sport's Deck; Sun Deck and Main Bow.  Mr. Rockwell has been excluded from this amenity and enjoyment of this unique experience with other members of the public on the sun decks to enjoy various exhibits and the City views and sunsets.

g. PATHS OF TRAVEL FROM THE PUBLIC RIGHT OF WAY:

- There is no designated accessible path of travel from the public transportation and public right of way to the Queen Mary. Mr. Rockwell has often used public transportation to get to the Queen Mary.  However, when he uses public transportation he must wheel behind parked cars and travel in the vehicular way to reach the Queen Mary ticketing trailer or entrance.

h. Ticket Trailer: To obtain tickets to the Queen Mary or exhibits, visitors can obtain tickets from a ticket trailer located in the parking lot.  To reach the ticket trailer visitors must wheel behind parked cars and in the vehicular way.  The ticket trailer does not offer a lowered window for transacting sales, as all of the sales windows are mounted excessively high.

i. ENTRANCE TO THE QUEEN MARY:

- The entrance from the dock to the Queen Mary is via elevator and pedestrian ramps. The path of travel has several changes in level, and the pedestrian ramps have excessively steep slopes and abrupt changes of level.  The carpet covering the pedestrian

ramps adds to the difficulty of using the entrance ramps.

*__Plaintiff Shimozono__*

18.     Plaintiff Cathy Shimozono has regularly visited the Queen Mary for many years, and has done so on many occasions, for different special events, for tours and to visit with friends staying at the hotel.  Ms. Shimozono has encountered significant accessibility barriers during these visits, and has been deterred from returning to the Queen Mary due to her belief that she will continue to experience significant barriers at return visits.  Ms. Shimozono wishes to return to visit the Queen Mary once the barriers she has encountered are removed.  Barriers she encountered include:

a.  HOTEL ROOMS:

- o  The designated accessible guestrooms are all situated the furthest from the check-in desk, and are all inside cabins.  Ms. Shimozono has visited friends staying at the Queen Mary, including Plaintiff Rockwell, and has had difficulty traversing between the hotel rooms and the other facilities at the Queen Mary.  Additionally, the location of the accessible guest rooms compromised her cell phone reception, unlike other areas of the hotel.

- o  All of the designated accessible guestrooms have barriers in the restrooms, which do not conform to the size and configuration for the toilet, lavatory and shower for accessible restroom facilities.  She cannot safely use the restrooms when visiting friends.

- o  The path of travel to the accessible guestrooms is very long with carpeting that makes it difficult for wheelchair users.

b.  PUBLIC RESTROOMS:

- o  With the exception of the restrooms serving the Tea Rooms, the

public restrooms on the Queen Mary either lack accessible features, or are incorrectly configured for use by wheelchair users. Ms. Shimozono has been unable to safely use the women's restrooms while visiting the Queen Mary, and has had to leave functions she is attending to look for a restroom she can safely and independently enter and use.

c. DINING SALONS AND FACILITIES:

o Ms. Shimozono has not been able to visit the Sir Winston Lounge and Restaurant, which provides fine dining and a bar and lounge, as it is only able to be accessed by a set of stairs and without an accessible path of travel from the inside of the ship.

o Ms. Shimozono has visited the Observation Bar; Chelsea Chowder Bar; Queen Salon; King's Salon; Victoria Salon; Grand Salon; and the bakery and deli, during the many years she has visited the Queen Mary, and has encountered the following barriers:: excessively high thresh holds, inaccessible tables, a lack of accessible restrooms, and a lack of accessible paths of travel and to and through the various salons and restrooms.

d. TOURS: The Queen Mary offers a variety of tours for the public, most of which are not accessible to persons using wheelchairs. Ms. Shimozono has been excluded from many of the tours, although the information provided to the general public incorrectly state that the tours are accessible to persons with disabilities. Permanent tours that are inaccessible to wheelchair users include, "Ghosts and Legends," "the Glory Days," "World War II Tour," "Haunted Encounters," and "Self-Guided Tours." The foregoing

tours are inaccessible due to the lack of access to the different levels on the ship, such as the Sun and Sport Deck, where the self-guided tours takes place, and for which there is no wheelchair access. Defendants also offer temporary exhibits that are also inaccessible to wheelchair users, such as the Halloween and Chiller Christmas events that do not provide accessible paths of travel or access to the activities offered; all of which exclude and deny Plaintiffs the benefit of the goods, services and experiences offered to the general public by Defendants.

19.  PARKING:

    a. Defendants offer paid public parking. However, there is no designated accessible parking in the main public parking lots. There are a few designated parking spaces, which are signed as temporary and "reserved." None of the designated accessible parking spaces are compliant with accessibility standards due to incorrectly sized and configured spaces, and none of which offers an accessible path of travel to the Queen Mary entrance. Ms. Shimozono travels to the Queen Mary in a van with a wheelchair lift and requires properly configured parking spaces to use her lift and park. Ms. Shimozono is required to wheel behind parked cars in the vehicular way, as there is no accessible path of travel from any of the parking to the Queen Mary entrance.

20.  SUN DECKS:

    a. The ship offers sun decks with seating and places to view the City and ocean. However, there is no accessible path of travel for a wheelchair user to access the Sport's Deck; Sun Deck and Main Bow. Ms. Shimozono has been excluded from this amenity and enjoyment of this unique experience with other

members of the public on the sun decks to enjoy various exhibits and the City views and sunsets.

21.    Ticket Trailer: To obtain tickets to the Queen Mary or exhibits, visitors can obtain tickets from a ticket trailer located in the parking lot.  To reach the ticket trailer visitors, including Ms. Shimozono must wheel behind parked cars and in the vehicular way.  The ticket trailer does not offer a lowered window for transacting sales, as all of the sales windows are mounted excessively high.

22.    ENTRANCE TO THE QUEEN MARY:

    a.   The entrance from the dock to the Queen Mary is via elevator and pedestrian ramps. The entrance to the Queen Mary has several changes in level, and the pedestrian ramps have excessively steep slopes and abrupt changes of level.  The carpet covering the pedestrian ramps adds to the difficulty of using the entrance ramps for Plaintiffs.  None of the ramps and entrances onto the Queen Mary is accessible due to these barriers.

23.    Specific information of Plaintiffs' demand for injunctive relief is attached here as Exhibit A and incorporated herein by reference, as if fully recited in this First Amended Complaint, and provided for the purpose of giving Defendants notice of the scope of injunctive relief and potential liability pursuant to Fed. R. Civ. Pro. 8.

24.    Plaintiffs Rockwell and Shimozono would like to continue to visit the Queen Mary, but as they have aged and their disabilities have become more debilitating, they have experienced more difficulty using inaccessible facilities and have been deterred from visiting the Queen Mary, or making full use of the amenities offered at the Queen Mary when they do visit. Until the barriers at the Queen Mary are removed, Plaintiffs will continue to suffer discrimination by being excluded and deterred from returning to the Queen Mary, and will continue to be denied full and equal access to and use of the same goods, services, facilities, privileges, advantages,

and accommodations offered by the Queen Mary to the general public.

25. On information and belief, the City of Long Beach has failed to evaluate the physical barriers affecting persons with mobility disabilities on the Queen Mary, and have also failed to ensure that the public accommodations offered on the Queen Mary are operated in a readily accessible manner for persons with mobility disabilities in violation of Title II of the ADA.

26. On information and belief, the Queen Mary and its related facilities have undergone construction and/or alterations since January 1, 1982, triggering applicability of California accessibility standards, California Code of Regulations, Title 24-2 (Tit. 24-2").

27. On information and belief, the Queen Mary and its related facilities have undergone construction and/or alterations since January 26, 1992 triggering applicability of ADA Standards for Accessible Design (ADA Standards), 28 C.F.R. pt. 36, app. A.

28. On information and belief, Defendants have failed to evaluate and remove physical barriers that are "readily achievable," and have failed to modify discriminatory policies to ensure that the Queen Mary is readily accessible to persons with disabilities in violation of Title III of the ADA.

29. As the result of Defendants' acts and omissions, as herein described, Plaintiffs were, and will continue to be denied full and equal access to the goods, services, facilities, privileges, advantages, or accommodations of the Queen Mary, and have suffered discrimination, humiliation, pain, emotional distress and embarrassment, all to their damage. Among other things, Plaintiffs have been incredibly frustrated and caused to feel unwelcome and conspicuous due to their inability to use the Queen Mary's facilities independently like non-disabled members of the public.

30. The ongoing nature of Defendants' discrimination constitutes a continuous violation of Plaintiff' rights under the ADA and related State civil rights

statutes, for which Defendants are liable.

31.    Unless enjoined by this Court, Defendants' discriminatory acts and omissions will result in ongoing and irreparable injury to Plaintiffs and other mobility disabled persons.

## <u>CLAIMS FOR RELIEF</u>

### FIRST CAUSE OF ACTION
### VIOLATION OF THE AMERICANS WITH DISABILITIES ACT – TITLE III
### 42 U.S.C. §12182 et seq.
### *(Against Defendants Evolution Hospitality, LLC and Garrison Investment Group)*

32.    Plaintiffs incorporate by reference each and every allegation contained in the foregoing paragraphs.

33.    In 1990 the United States Congress found that laws were needed to more fully protect "some 43 million Americans with one or more physical or mental disabilities; that historically society has tended to isolate and segregate individuals with disabilities", and that "such forms of discrimination against individuals with disabilities continue to be a serious and pervasive social problem; that the nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living and economic self-sufficiency for such individuals; and that the continuing existence of unfair and unnecessary discrimination and prejudice denies people with disabilities the opportunity to compete on an equal basis and to pursue those opportunities for which our free society is justifiably famous." 42 U.S.C. §12101.

34.    Congress stated as its purpose in passing the Americans with Disabilities Act, 42 U.S.C. §12101(b):

It is the purpose of this act:

(1) to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities;

(2) to provide clear, strong, consistent, enforceable standards addressing

discrimination against individuals with disabilities;

(3) to ensure that the Federal government plays a central role in enforcing the standards established in this act on behalf of individuals with disabilities; and

(4) to invoke the sweep of Congressional authority, including the power to enforce the 14th Amendment and to regulate commerce, in order to address the major areas of discrimination faced day to day by people with disabilities.

35.     As part of the ADA, Congress passed "Title III - Public Accommodations and Services Operated by Private Entities." 42 U.S.C. 12181 et seq. Among "private entities" which are considered "public accommodations" for purposes of this title include, "hotels," "restaurants," "places of exhibition and entertainment," "bakery" or "retail establishment." 42 U.S.C. §12181(7)(A) (B) (C) (E).

36.     Title III of the ADA provides that "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation by any person who owns, leases (or leases to), or operates a place of public accommodation." 42 U.S.C. § 12182(a).

37.     By acting as described herein, Defendants have discriminated against Plaintiffs on the basis of their disabilities in violation of Title III of the ADA. Defendants' discriminatory conduct includes, inter alia:

a.   Discriminatory exclusion and/or denial of goods, services, facilities, privileges, advantages, accommodations, and/or opportunities. 42 U.S.C. § 12182(b)(1)(A)(i);

b.   Provision of goods, services, facilities, privileges, advantages, and/or accommodations that are not equal to those afforded non-disabled

1    individuals. 42 U.S.C. § 12182(b)(1)(A)(ii);

2   c.   Failing to design and/or construct facilities built for first occupancy after

3        January 26, 1993 so that they are readily accessible to and usable by

4        individuals with disabilities in accordance with the ADA Standards for

5        Accessible Design (ADA Standards) (28 C.F.R. pt. 36, app. A.). 42

6        U.S.C. § 12183(a)(1);

7   d.   Since January 26, 1992, failing to make alterations in such a manner that,

8        to the maximum extent feasible, the altered portions of the facilities are

9        readily accessible to and usable by individuals with disabilities in

10       accordance with the ADA Standards. 42 U.S.C. § 12183(a)(2);

11   e.   Since July 26, 1991, failing to comply with the ongoing obligation to

12       remove barriers, and/or provide path of travel upgrades to remove

13       barriers at facilities where such removal is "readily achievable." 42

14       U.S.C. § 12182(a)(2)(A)(iv);

15   f.   Failing to provide goods, services, facilities, privileges, advantages, and

16       accommodations to an individual with a disability in the most integrated

17       setting appropriate to the needs of the individual. 42 U.S.C. §

18       12182(b)(1)(B); and

19   g.   Failing "to make reasonable modifications in policies, practices, or

20       procedures, when such modifications are necessary to afford such goods,

21       services, facilities, privileges, advantages, or accommodations to

22       individuals with disabilities, unless the entity can demonstrate that

23       making such modifications would fundamentally alter the nature of such

24       goods, services, facilities, privileges, advantages, or accommodations."

25       42 U.S.C. § 12182(b)(2)(A)(ii).

26   38.   Pursuant to the remedies, procedures, and rights set forth in 42 U.S.C. §

27   12188 and 42 U.S.C. § 12205, Plaintiffs pray for judgment as set forth below.

28

**SECOND CAUSE OF ACTION**
**VIOLATION OF THE AMERICANS WITH DISABILITIES ACT – TITLE II**
**42 U.S.C. §12132 et seq.**
*(Against Defendant City of Long Beach)*

39.     Plaintiffs incorporate by reference each and every allegation contained in the foregoing paragraphs.

40.     Title II of the ADA provides in pertinent part: "[N]o qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. § 12132.

41.     At all times relevant to this action, Defendant City of Long Beach was a "public entity" within the meaning of Title II of the ADA, and provided a program, service or activity to the general public.

42.     At all times relevant to this action, Plaintiffs were and are qualified individuals within the meaning of Title II of the ADA, and meet the essential eligibility requirements for the receipt of the services, programs, or activities of the Defendants.

43.     Defendants' acts and omissions as herein alleged have excluded and/or denied Plaintiffs the benefit of and/or participation in the programs and activities offered by Defendants to members of the public at the Queen Mary and its related facilities, in violation of Title II and its implementing regulations. Defendants' discriminatory conduct includes, <u>inter alia</u>:

    a. Denying Plaintiffs the opportunity to participate in or benefit from the aids, benefits, or services offered by Defendants to members of the public at the Queen Mary and its related facilities, on the basis of their disabilities (28 C.F.R. § 35.130(b)(1)(i));

    b. Affording Plaintiffs an opportunity to participate in or benefit from the aids, benefits, or services offered by Defendants to members of the

public at the Queen Mary and its related facilities, that is not equal to that afforded their non-disabled peers (28 C.F.R. § 35.130(b)(1)(ii));

c. Providing Plaintiffs with an aid, benefit, or service that is not as effective in affording equal opportunity to obtain the same result, to gain the same benefit, or to reach the same level of achievement as that provided to others (28 C.F.R. § 35.130(b)(1)(iii));

d. Otherwise limiting Plaintiffs in the enjoyment of any right, privilege, advantage, or opportunity enjoyed by others receiving the aids, benefits, or services offered by Defendants to members of the public at the Queen Mary and its related facilities (28 C.F.R. § 35.130(b)(1)(vii));

e. Utilizing methods of administration that have the effect of subjecting Plaintiffs to discrimination on the basis of their disabilities (28 C.F.R. § 35.130(b)(3)(i)); and

f. Failing to make reasonable modifications in policies, practices, or procedures where necessary to avoid discrimination against Plaintiffs on the basis of their disabilities (28 C.F.R. § 35.130(b)(7)).

44.    Pursuant to 42 U.S.C. §§ 12133 and 12205, Plaintiffs are entitled to declaratory and injunctive relief as well as reasonable attorneys' fees and costs incurred in bringing this action.

### THIRD CAUSE OF ACTION
### Cal. Health & Safety Code §§ 19955 et seq.

*(Against Defendants Evolution Hospitality, LLC and Garrison Investment Group)*

45.    Plaintiffs incorporate by reference each and every allegation contained in the foregoing paragraphs.

46.    California Health & Safety Code §§ 19955 et seq. was enacted "[t]o ensure that public accommodations or facilities constructed in this state with private funds adhere to the provisions of Chapter 7 (commencing with §4450) of Division 5

of Title 1 of the Government Code." Such public accommodations are defined as any "building, structure, facility, complex, or improved area that is used by the general public…," and includes restaurants and related sanitary facilities. Cal. Health & Safety Code § 19955.

47. On information and belief, the Queen Mary and its related facilities underwent construction and/or alterations after January 1, 1982 that triggered application of California Health & Safety Code §§ 19955 et seq., and the access requirements under Title 24-2. Pursuant to Title 24-2, compliance with disabled access building standards and specifications is required whenever public accommodations, such as the Queen Mary and its related facilities, undergo an "alteration, structural repair or addition."

48. Pursuant to the remedies, procedures, and rights set forth in Health & Safety Code § 19953, Plaintiffs prays for judgment as set forth below.

### FOURTH CAUSE OF ACTION
### Cal. Civ. Code §4450 et seq.
### [As Against Defendant City of Long Beach]

49. Plaintiffs incorporate by reference each and every allegation contained in the foregoing paragraphs.

50. Plaintiffs are informed and believe, and therefore allege, that the Queen Mary and its related facilities, including the ship, the dock and the public parking are owned, maintained and/or controlled by Defendant the City of Long Beach. Plaintiff is further informed and believe, and therefore allege, that Defendant the City of Long Beach has designed, constructed, altered or repaired the Queen Mary and its related facilities since 1968 within the meaning of California Government Code § 4450 et seq., thereby requiring safe and independent access to persons with disabilities to all public portions of the Queen Mary and its related facilities, and is responsible for statutory attorneys' fees, litigation expenses and costs for bringing this action,

1  including but not limited to public interest attorneys' fees pursuant to California Code

2  of Civil Procedure § 1021.5.

3        51.    As a proximate result of Defendant the City of Long Beach's acts and

4  omissions, this Defendant has violated California Government Code § 4450 et seq., as

5  well as Title 24-2 regulations enacted to carry out the intent of § 4450 et seq., and has

6  discriminated against Plaintiffs on the basis of their disabilities.

7        52.    Wherefore, Plaintiff prays the Court grant relief as requested herein.

8

9                          **FIFTH CAUSE OF ACTION**
                        **UNRUH CIVIL RIGHTS ACT**
10                          **(Cal. Civ. Code §51 et seq.)**
                          ***(Against All Defendants)***
11

12        53.    Plaintiffs incorporate by reference each and every allegation contained in

13  the foregoing paragraphs.

14        54.    The Queen Mary and its related facilities constitute a business

15  establishments and, as such, must comply with the provisions of the Unruh Act, Cal.

16  Civ. Code, § 51, et seq.

17        55.    The Unruh Act guarantees, <u>inter alia</u>, that persons with disabilities are

18  entitled to full and equal accommodations, advantages, facilities, privileges, or

19  services in all business establishments of every kind whatsoever within the

20  jurisdiction of the State of California.  Cal. Civ. Code, § 51(b).

21        56.    The Unruh Act also provides that a violation of the ADA, or of

22  California state accessibility regulations, is a violation of the Unruh Act.  Cal. Civ.

23  Code, § 51(f).

24        57.    Defendants have violated the Unruh Act by, <u>inter alia</u>, denying, or aiding

25  or inciting the denial of, Plaintiffs' rights to full and equal use of the

26  accommodations, advantages, facilities, privileges, or services offered at the Queen

27  Mary and its related facilities.

28

58.     Defendants have also violated the Unruh Act by denying, or aiding or inciting the denial of, Plaintiffs' rights to equal access arising from the provisions of the California state accessibility regulations and the ADA.

59.     Pursuant to the remedies, procedures, and rights set forth in Cal. Civ. Code § 52, Plaintiffs pray for judgment as set forth below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

1.     That this Court issue an injunction pursuant to Titles II and III of the ADA and Plaintiff's related state law claims:

    A.     Ordering Defendants to alter their facilities to make such facilities readily accessible to and usable by individuals with disabilities; and

    B.     Prohibiting operation of Defendants' public accommodations and facilities until they provide full and equal access to physically disabled persons, and requiring that such access be immediately provided.

2.     That this Court award Plaintiffs general, compensatory, and statutory damages pursuant to the Unruh Act in an amount within the jurisdiction of this court, and that these damages be trebled according to statute;

3.     That this Court award special and consequential damages according to proof;

4.     That this Court award attorneys' fees, litigation expenses and costs of suit, pursuant to Titles II and III of the ADA, 42 U.S.C. § 12205; California Civil Code §§ 52; California Health & Safety Code § 19953; and California Code of Civil Procedure § 1021.5;

5.     Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a trial by jury as to all issues.

DATED:        February 10, 2014        **BARBOSA GROUP**

By:___ *PBarbosa* _____
PATRICIA BARBOSA
KEVIN BAYLEY
Attorneys for Plaintiffs,
BEN ROCKWELL & CATHY SHIMONOZO

# ATTACHMENT A

**Queen Mary Barrier's List, Attachment A**

**Section 1.000 - Site Accessibility**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 1.001 | General - Public Right of Way | There is no accessible route provided from the public right of way. | 1114B.1.2 | Facility Accessibility - Accessible Route of Travel | 206.2.1 | Accessible Routes - Site Arrival Points |
| 1.002 | General Parking - Path of Travel | The path of travel from the bus stop and the general parking area runs into a curb requiring the user into the street. | 1114B.1.2 | Facility Accessibility - Accessible Route of Travel | 206.2.1 | Accessible Routes - Site Arrival Points |
| 1.003 | General Parking - Path of Travel | The only route to access the main ticket counter requires the user to go behind parked cars. | 1114B.1.2 | Facility Accessibility - Accessible Route of Travel | 206.2.1 | Accessible Routes - Site Arrival Points |
| 1.004 | Hotel Parking - Path of Travel | There is no direct access from the accessible parking to the curb ramps provided at the front sidewalk requiring the user to drive into the drive aisle and navigate over speed bumps. | 1114B.1.2 | Facility Accessibility - Accessible Route of Travel | 206.2.1 | Accessible Routes - Site Arrival Points |
| 1.005 | Bus Stop - Curb Ramp | The curb ramp at the bus stop has an extreme reverse slope in the gutter that will exceed 8%. | 1127B.5.3 | Curb Ramps - Slope of Curb Ramps | 406.2 | Curb Ramps - Counter Slope |
| 1.006 | Ship Main Entrances | The access ramps to enter the ship all have slopes that exceed 5% and do not provide any elements of a ramp. | 1133B.7.3 | Walks and Sidewalks - Five Percent Gradient | 4.3.7 (403.3) | Accessible Route - Slope |
| 1.007 | Ship - Staircases - General | There are many convenient staircases placed thought the ship that have non-compliant handrails, no contristing striping, and open risers. | 1133B.4 | Stairways - General | 504.1 | Stairways - General |
| 1.008 | Sports Deck | No vertical means of access is provided to the sports deck. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.009 | Main Deck - Bow | There is no vertical means of access to the bow viewing area. Only accessible by a set of staircases. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.01 | Sun Deck | There is no vertical means of access to the exterior deck on the Sun Deck. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.011 | Sun Deck - Tea Room | The 10" kick plate at the bottom of the entry doors are obstructed by a knock down door stop. | 1133B.2.6 (1133B.2.6) | Doors - Smooth Surface | N/A (404.2.10) | N/A (Doors, Doorways, and Gates - Door and Gate Surfaces) |
| 1.012 | Sun Deck - Stage | No vertical means of access is provided to the stage seating area. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.013 | Sun Deck - Stage | There are two ramps that lead into the stage area that have slopes that will exceed 5%. No elements of a ramp are present. | 1133B.7.3 | Walks and Sidewalks - Five Percent Gradient | 4.3.7 (403.3) | Accessible Route - Slope |
| 1.014 | Promenade Deck- Wedding Chapel | The 10" late at the bottom of the entry doors are obstructed by a knock down door stop. | 1133B.2.6 (1133B.2.6) | Doors - Smooth Surface | N/A (404.2.10) | N/A (Doors, Doorways, and Gates - Door and Gate Surfaces) |
| 1.015 | Promenade Deck | The Passenger Information window does not provide a lowered counter. | 1122B.5 (1122B.5) | Fixed or Built-In Seating, Tables, and Counters - Height of Work Surfaces. (Fixed or Built-In Seating, Tables, and Counters - Sales and Service Counters, Teller Windows, and Information Counters) | 7.2.1 (904.3.2) | Business, Mercantile, and Civic - Sales and Service Counters, Teller Windows, Information Counters (Check-Out Aisles and Sales and Service Counters - Counters) |
| 1.016 | Promenade Deck - T - Shirt Store | The entry door to the T-Shirt store has knob type hardware. | 1117B.6.4 | Controls and Operating Mechanisms - Operation | 4.27.4 (309.4) | Controls and Operating Mechanisms - Operation (Operable Parts - Operation) |
| 1.017 | Promenade Deck - T - Shirt Store | The entry door to the T-Shirt store has a knock down doorstop in the bottom 10" kick plate. | 1133B.2.6 (1133B.2.6) | Doors - Smooth Surface | N/A (404.2.10) | N/A (Doors, Doorways, and Gates - Door and Gate Surfaces) |
| 1.018 | Promenade Deck-Stacks Store | This store does not provide the required 36" path of travel throughout the store. | 1118B.1 | Space Allowance and Reach Ranges - Wheelchair Passage Width | 4.2.1 (403.5.1) | Space Allowance and Reach Ranges - Wheelchair Passage Width (Walking Surfaces - Clear Width) |
| 1.019 | Promenade Deck-Stacks Store | No lowered section of sales counter is provided. | 1122B.5 (1122B.5) | Fixed or Built-In Seating, Tables, and Counters - Height of Work Surfaces. (Fixed or Built-In Seating, Tables, and Counters - Sales and Service Counters, Teller Windows, and Information Counters) | 7.2.1 (904.3.2) | Business, Mercantile, and Civic - Sales and Service Counters, Teller Windows, Information Counters (Check-Out Aisles and Sales and Service Counters - Counters) |
| 1.02 | Promenade Deck-Stacks Store | The entry door to the Stack's store has knob type hardware. | 1117B.6.4 | Controls and Operating Mechanisms - Operation | 4.27.4 (309.4) | Controls and Operating Mechanisms - Operation (Operable Parts - Operation) |
| 1.021 | Promenade Deck-Stacks Store | The mat at the entry to the Stack's store is not securely attached. | 1124B.3 | Ground and Floor Surfaces - Carpet | 4.5.3 | Ground and Floor Surfaces - Carpet |
| 1.022 | Promenade Deck-Dragon Store | This store does not provide the required 36" path of travel throughout the store. | 1118B.1 | Space Allowance and Reach Ranges - Wheelchair Passage Width | 4.2.1 (403.5.1) | Space Allowance and Reach Ranges - Wheelchair Passage Width (Walking Surfaces - Clear Width) |
| 1.023 | Promenade Deck - Scottish and International Heritage and Gifts | This store does not provide the required 36" path of travel throughout the store. | 1118B.1 | Space Allowance and Reach Ranges - Wheelchair Passage Width | 4.2.1 (403.5.1) | Space Allowance and Reach Ranges - Wheelchair Passage Width (Walking Surfaces - Clear Width) |

1

**Queen Mary Barrier's List, Attachment A**

**Section 1.000 - Site Accessibility**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 1.024 | Promenade Deck - Scottish and International Heritage and Gifts | No lowered section of sales counter is provided. | 1122B.5 (1122B.5) | Fixed or Built-In Seating, Tables, and Counters - Height of Work Surfaces. (Fixed or Built-In Seating, Tables, and Counters - Sales and Service Counters, Teller Windows, and Information Counters) | 7.2.1 (904.3.2) | Business, Mercantile, and Civic -  Sales and Service Counters, Teller Windows, Information Counters (Check-Out Aisles and Sales and Service Counters - Counters) |
| 1.025 | Sports Deck - Sir Winston's | No vertical means of access is provided to this restaurant. The only entry is up a staircase. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.026 | Sports Deck - Sir Winston's | The staircase to Sir Winton's does not provide contrasting striping. | 1133B.4.4 | Stairways - Striping for the Visually Impaired | 504.4 | Stairways - Tread Surface |
| 1.027 | Sun Deck - Verandah Grill | No vertical means of access is provided. The only entry is up a staircase. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.028 | Sun Deck - Verandah Grill | The stairs at the entry to the Verandah Grill do not provided handrails. | 1133B.4.1 | Stairways - Handrails | 504.6 | Stairways - Handrails |
| 1.029 | Sun Deck - Verandah Grill | The stairs at the entry to the Verandah Grill do not provide contrasting striping. | 1133B.4.4 | Stairways - Striping for the Visually Impaired | 504.4 | Stairways - Tread Surface |
| 1.03 | Sun Deck - Verandah Grill | The entry door to the Verandah Grill has a threshold of 2" on the interior of the door and 5" on the exterior. | 1133B.2.4.1 | Doors - Thresholds | 404.2.5 | Doors - Thresholds |
| 1.031 | Sun Deck - Verandah Grill | Ther is no vertical means of access inside this point as access to main area is up another set of stairs. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.032 | Sun Deck - Life Boat Demonstration | The Life Boat Demonstration does not provide any vertical means of access as it requires you to use a set of steps to view. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.033 | Sun Deck - Alternate Pathway | The pathway to cross to the other side of the deck has a width of 32". | 1118B.1 | Space Allowance and Reach Ranges - Wheelchair Passage Width | 4.2.1 (403.5.1) | Space Allowance and Reach Ranges - Wheelchair Passage Width (Walking Surfaces - Clear Width) |
| 1.034 | Promenade Deck - Exit to Stern | The landing on the exterior side of the entry doors has a slope that exceeds 5% and the pathway provide a flat and level door landing. | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 1.035 | A Deck - Isolation Ward | There is no vertical means of access to the Isolation Ward. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.036 | A Deck - Isolation Ward | The path of travel throughout the Isolation Ward has restricted walkways, changes in elevation and lack of turning space. No part of this attraction is accessible on any level. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.037 | A Deck - Isolation Ward | The entry doors to the Isolation ward have a threshold of 2". | 1133B.2.4.1 | Doors - Thresholds | 404.2.5 | Doors - Thresholds |
| 1.038 | Main Deck - Brittania Salon | No vertical means of access is provided to the Brittania Salon | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 1.039 | Main Deck - Brittania Salon | The entry doors to the Brittania Salon have door hardware in the 10" required kick plate. | 1133B.2.6 (1133B.2.6) | Doors - Smooth Surface | N/A (404.2.10) | N/A (Doors, Doorways, and Gates - Door and Gate Surfaces) |
| 1.04 | Promenade Deck - Starboard Bakery | The clear floor space to access the beverage bin is obstructed by a bakery display. | 1118B.4.1 (1118B.4.1) | Clear Floor or Ground Space for Wheelchairs - Size and Approach | 4.2.4.1 (305.3) | Clear Floor or Ground Space for Wheelchairs - Size and Approach (Clear Floor or Ground Space- Size) |
| 1.041 | Main Deck - Spa | The entry door has a clear width of only 30". | 1133B.2.4.2 (1133B.2.4.2) | Doors - Floor Level at Doors - Maneuvering Clearances at Doors | 4.13.6 (404.2.4.4) | Doors, Doorways and Gates - Maneuvering Clearances - Floor or Ground Surface |
| 1.042 | Main Deck - Travel Bureau Exhibit | The entry to the Travel Bureau Exhibit does not provide a turn around space. | 1118B.3 | Wheelchair Turning Space | 304.1 | Turning Space |
| 1.043 | Main Deck - Mauretania Room | They entry doors have a knock down door stop in the bottom 10" of the door. | 1133B.2.6 (1133B.2.6) | Doors - Smooth Surface | N/A (404.2.10) | N/A (Doors, Doorways, and Gates - Door and Gate Surfaces) |
| 1.044 | A Deck - Business Lounge - ATM | The clear floor space required at the ATM in the business area is obstructed by a wall extension. | 1118B.4.1 (1118B.4.1) | Clear Floor or Ground Space for Wheelchairs - Size and Approach | 4.2.4.1 (305.3) | Clear Floor or Ground Space for Wheelchairs - Size and Approach (Clear Floor or Ground Space- Size) |

2

**Queen Mary Barrier's List; Attachment A**

**Section 2.000 - Public Restrooms**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 2.001 | Sun Deck - Tea Room - Men's Restroom | The toilet front transfer space is 57 1/2" and does not meet code. | 1115B.7.2 (1115B.4.1.1) | Single- Accommodations Toilet Facilities (Accessible Fixtures - Accessible Water Closets) | 4.16.2 (604.3.1) | Water Closets - Clear Floor Space (Water Closets and Toilet Compartments - Size) |
| 2.002 | Promenade Deck- Men's Restroom - Wedding Chapel | The accessible stall is 59" wide. | 1115B.7.1.1 (1115B.3.1.1) | Toilet Facilities - Multiple Accommodation Toilet Facilities - Wheelchair Clearance | 4.16.2 (603.2.1) | Water Closets - Clear Floor Space (Toilet and Bathing Rooms - Turning Space) |
| 2.003 | Promenade Deck- Men's Restroom - Wedding Chapel | The toilet centerline is 14 5/8". | 1115B.7.1.3 (1115B.4.1.1) | Toilet Facilities - Multiple-Accommodation Toilet Facilities - Accessible water closet compartment. (Accessible Fixtures - Accessible Water Closet Compartments) | 4.17.3 (604.2) | Toilet Stalls - Size and Arrangement (Water Closets and Toilet Compartments - Location) |
| 2.004 | Promenade Deck- Men's Restroom - Wedding Chapel | The toilet seat cover dispenser is mounted above the side grab bar and obstructs the use of the bar for more than 10". | 1115B.8.2 (1115B.7.1) | Toilet Room Fixtures and Accessories - Grab Bars - Diameter or Width (Grab Bars, Tub and Shower Seats - Diameter or Width) | 4.26.2 (609.3) | Handrails, Grab Bars, and Tub and Shower Seats - Size and Spacing of Grab Bars And Handrails (Grab Bars - Spacing) |
| 2.005 | Promenade Deck- Men's Restroom - Wedding Chapel | The mirror is mounted above 40". | 1115B.9.1.2 | Toilet Room Fixtures and Accessories - Lavatory Fixtures | 4.19.6 | Lavatories and Mirrors - Mirrors |
| 2.006 | Promenade Deck- Men's Restroom - Wedding Chapel | No lowered urinal is provided. | 1115B.4.2.3 | Accessible Urinals | 213.3.3 | Toilet Facilities and Bathing Facilities - Urinals |
| 2.007 | Promenade Deck- Men's Restroom - Wedding Chapel | The hot water feeds are not insulated. | 1115B.2.1.2.2 (1115B.4.3.4) | Accessible Lavatories | 4.19.4 (606.5) | Lavatories and Mirrors - Exposed Pipes and Surfaces (Lavatories and Sinks - Exposed Pipes and Surfaces) |
| 2.008 | Promenade Deck- Men's Restroom - Wedding Chapel | No lowered paper towel dispenser is provided. | 1115B.9.2 (1115B.8.3) | Toilet Room Fixtures and Accessories - Towel, sanitary napkins, waste receptacles. (Accessories - Towel, sanitary napkins, waste receptacles, dispensers and controls) | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 2.009 | Promenade Deck- Men's Restroom - Wedding Chapel | The clear floor space required for the paper towel dispensers is obstructed by a trash can. | 1115B.4.1 (118B.4.1) | Clear Floor or Ground Space for Wheelchairs - Size and Approach | 4.2.4.1 (305.3) | Clear Floor or Ground Space for Wheelchairs - Size and Approach (Clear Floor or Ground Space- Size) |
| 2.01 | Promenade Deck- Men's Restroom - Wedding Chapel | The mat at the lavatories is not securely attached to the floor. | 1124B.3 | Ground and Floor Surfaces - Carpet | 4.5.3 | Ground and Floor Surfaces - Carpet |
| 2.011 | Promenade Deck- Men's Restroom - Wedding Chapel | The entry door has a threshold on the exterior side of 2 ". | 1133B.2.4.1 | Doors - Thresholds | 404.2.5 | Doors - Thresholds |
| 2.012 | Promenade Deck- Men's Restroom - Wedding Chapel | The entry door has a width of 28". | 1133B.2.4.2 (1133B.2.4.2) | Doors - Floor Level at Doors - Maneuvering Clearances at Doors | 4.13.6 (404.2.4.4) | Doors, Doorways and Gates - Maneuvering Clearances - Floor or Ground Surface |
| 2.013 | Promenade Deck- Men's Restroom - Wedding Chapel | The door landing on the pull side of the door does not provide a 60" clear landing. | 1133B.2.4.2 (1133B.2.4.2) | Doors - Floor Level at Doors - Maneuvering Clearances at Doors | 4.13.6 (404.2.4.4) | Doors, Doorways and Gates - Maneuvering Clearances - Floor or Ground Surface |
| 2.014 | Promenade Deck – Men's Restroom | The restroom door is a 30" door and does not provide the proper clear opening. | 1133B.2.4.2 (1133B.2.4.2) | Doors - Floor Level at Doors - Maneuvering Clearances at Doors | 4.13.6 (404.2.4.4) | Doors, Doorways and Gates - Maneuvering Clearances - Floor or Ground Surface |
| 2.015 | Promenade Deck - Observation Bar - Men's Restroom | Strike side clearance on the pull side of the door is less than 4". | 1133B.2.4.2 (1133B.2.4.2) | Doors - Floor Level at Doors - Maneuvering Clearances at Doors | 4.13.6 (404.2.4.4) | Doors, Doorways and Gates - Maneuvering Clearances - Floor or Ground Surface |
| 2.016 | Promenade Deck - Observation Bar - Men's Restroom | The restroom door has a threshold that is 2" high. | 1133B.2.4.1 | Doors - Thresholds | 404.2.5 | Doors - Thresholds |
| 2.017 | Promenade Deck - Observation Bar - Men's Restroom | No accessible stall is provided. | 1115B.7.1.1 (1115B.3.1.1) | Toilet Facilities - Multiple Accommodation Toilet Facilities - Wheelchair Clearance | 4.16.2 (603.2.1) | Water Closets - Clear Floor Space (Toilet and Bathing Rooms - Turning Space) |
| 2.018 | Promenade Deck - Observation Bar - Men's Restroom | No accessible elements are provided in this restroom. | 1115B.7.1.1 (1115B.3.1.1) | Toilet Facilities - Multiple Accommodation Toilet Facilities - Wheelchair Clearance | 4.16.2 (603.2.1) | Water Closets - Clear Floor Space (Toilet and Bathing Rooms - Turning Space) |
| 2.019 | Promenade Deck - Observation Bar - Men's Restroom | No lowered urinal is provided. | 1115B.4.2.3 | Accessible Urinals | 213.3.3 | Toilet Facilities and Bathing Facilities - Urinals |
| 2.02 | A Deck-Men's Restroom - Capistrano Club | No ADAAG signage is provided | N/A | N/A | 703.1 | Signs - General |

**Queen Mary Barrier's List, Attachment A**

**Section 2.000 - Public Restrooms**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 2.021 | A Deck-Men's Restroom - Capistrano Club | No compliant Title 24 signage is provided. | 1115B.6 | Bathing and Toilet Facilities - Identification Symbols | N/A | N/A |
| 2.022 | A Deck-Men's Restroom - Capistrano Club | The restroom door clear opening is only 29 1/4" and does not meet code. | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 2.023 | A Deck-Men's Restroom - Capistrano Club | The restroom interior door landing is only 30 3/4" and does not meet code. | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 2.024 | A Deck-Men's Restroom - Capistrano Club | The restroom interior door landing has a slope and does not provide a flat and level interior landing. | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 2.025 | A Deck-Men's Restroom - Capistrano Club | No accessible stall is provided. | 1115B.7.1.1 | Toilet Facilities - Multiple Accommodation Toilet Facilities - Wheelchair Clearance | 4.16.2 | Water Closets - Clear Floor Space |
|  |  |  |  |  | (603.2.1) | (Toilet and Bathing Rooms - Turning Space) |
|  |  |  | 1115B.3.1.1) |  |  |  |
| 2.026 | A Deck-Men's Restroom - Capistrano Club | No lowered urinals are provided. | 1115B.4.2.3 | Accessible Urinals | 213.3.3 | Toilet Facilities and Bathing Facilities - Urinals |
| 2.027 | A Deck-Men's Restroom - Capistrano Club | The faucet handles require twisting and pinching of the wrist to operate. | 1117B.6.4 | Controls and Operating Mechanisms - Operation | 4.27.4 | Controls and Operating Mechanisms - Operation |
|  |  |  |  |  | (308.4) | (Operable Parts - Operation) |
| 2.028 | A Deck-Men's Restroom - Capistrano Club | The paper towel dispenser is mounted above 40" AFF. | 1115B.9.2 (1115B.8.3) | Toilet Room Fixtures and Accessories - Towel, sanitary napkins, waste receptacles. (Accessories - Towel, sanitary napkins, waste receptacles, dispensers and controls) | 4.2.5 4.2.6 | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
|  |  |  |  |  | (308.2) (308.3) |  |
| 2.029 | A Deck-Men's Restroom - Capistrano Club | The lavatories do not provide any knee space since they are all mounted within in a cabinet. | 1115B.2.1.2.1 (1115B.4.3.2) | Accessible Lavatories | 4.19.2 | Lavatories and Mirrors - Heights and Clearances (Lavatories and Sinks - Clear Floor Space) |
|  |  |  |  |  | (606.2) |  |
| 2.03 | A Deck - Men's Restroom - Chaplain Sanctuary | The entry vestibule is does not provide the required turning radius. | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 2.031 | A Deck - Men's Restroom - Chaplain Sanctuary | The strike side clearance on the pull side of the entry door is less than 2". | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 2.032 | A Deck - Men's Restroom - Chaplain Sanctuary | The hot water pipes under the lavatory are not insulated. | 1115B.2.1.2.2 (1115B.4.3.4) | Accessible Lavatories | 4.19.4 (605.5) | Lavatories and Mirrors - Exposed Pipes and Surfaces (Lavatories and Sinks - Exposed Pipes and Surfaces) |
| 2.033 | A Deck - Men's Restroom - Chaplain Sanctuary | The clear floor space required for the paper towel dispenser is obstructed by the trash can. | 1115B.4.1 (1115B.4.1) | Clear Floor or Ground Space for Wheelchairs - Size and Approach | 4.2.4.1 (305.3) | Clear Floor or Ground Space for Wheelchairs - Size and Approach (Clear Floor or Ground Space- Size) |
| 2.034 | A Deck - Men's Restroom - Chaplain Sanctuary | The mirrors are mounted above 40" AFF. | 1115B.9.1.2 | Toilet Room Fixtures and Accessories - Lavatory Fixtures | 4.19.6 | Lavatories and Mirrors - Mirrors |
| 2.035 | A Deck - Men's Restroom - Chaplain Sanctuary | The accessible stall does not provide a side grab bar. | 1115B.8.1 | Grab Bars - Location | 4.16.4 | Water Closets - Grab Bars |
|  |  |  | (1115B.4.1.3) | (Accessible Water Closets - Grab Bars) |  | Water Closets and Toilet Compartments - Garb Bars) |
|  |  |  |  |  | (604.5) |  |
| 2.036 | Sun Deck - Womens Restroom - Tea Room | The accessible stall does not provide the flush valve on the wide side of the toilet. | 1115B.2.1.1.2 (1115B.4.1.5) | Flush Controls | 4.18.4 (604.6) | Flush Controls |
| 2.037 | Promenade Deck - Women's Restroom - Wedding Chapel | No ADAAG Signage is provided. | N/A | N/A | 703.1 | Signs - General |
| 2.038 | Promenade Deck - Women's Restroom - Wedding Chapel | No Title 24 signage is provided. | 1115B.6 | Bathing and Toilet Facilities - Identification Symbols | N/A | N/A |
| 2.039 | Promenade Deck - Women's Restroom - Wedding Chapel | The entry door has a clear width of 30". | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 2.04 | Promenade Deck - Women's Restroom - Wedding Chapel | The mat in the restroom is not clearly attached to the floor. | 1124B.3 | Ground and Floor Surfaces - Carpet | 302.2 | Floor or Ground Surfaces - Carpet |
| 2.041 | Promenade Deck - Women's Restroom - Wedding Chapel | The mirror is mounted 42 1/2" AFF. | 1115B.9.1.2 | Toilet Room Fixtures and Accessories - Lavatory Fixtures | 4.19.6 | Lavatories and Mirrors - Mirrors |

4

**Queen Mary Barrier's List, Attachment A**

**Section 2.000 - Public Restrooms**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 2.042 | Promenade Deck - Women's Restroom - Wedding Chapel | The accessible stall has a width of less than 60". | 1115B.7.2 (1115B.4.1.1) | Single- Accommodations Toilet Facilities (Accessible Fixtures - Accessible Water Closets) | 4.16.2 (604.3.1) | Water Closets - Clear Floor Space (Water Closets and Toilet Compartments - Size) |
| 2.043 | Promenade Deck - Women's Restroom - Wedding Chapel | The toilet paper dispenser is mounted more than 12" in front of the toilet. | 1115B.9.3 (1115B.8.4) | Toilet Room Fixtures and Accessories - Toilet Tissue Dispensers (Accessories - Toilet Tissue Dispensers) | 4.16.6 (604.7) | Water Closets - Dispensers (Water Closets and Toilet Compartments - Dispensers) |
| 2.044 | Promenade Deck - Women's Restroom - Wedding Chapel | The transfer space at the side of the toilet is 14 7/8". | 1115B.7.2 (1115B.4.1.1) | Single- Accommodations Toilet Facilities (Accessible Fixtures - Accessible Water Closets) | 4.16.2 (604.3.1) | Water Closets - Clear Floor Space (Water Closets and Toilet Compartments - Size) |
| 2.045 | Promenade Deck - Women's Restroom - Wedding Chapel | No side grab bar is provided in the accessible stall. | 1115B.8.1 (1115B.4.1.3) | Grab Bars - Location (Accessible Water Closets - Grab Bars) | 4.16.4 (604.5) | Water Closets - Grab Bars (Water Closets and Toilet Compartments - Garb Bars) |
| 2.046 | Promenade Deck - Women's Restroom - Wedding Chapel | The clear floor space on the pull side of the stall is less than 36". | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 2.047 | Promenade Deck - Women's Restroom - Wedding Chapel | The lavatory counter has a height of 35". | 1115B.4.3.2 | Accessible Lavatories | 606.2.2 | Lavatories and Sinks - Clear Floor Space |
| 2.048 | Promenade Deck - Women's Restroom - Wedding Chapel | The paper towel dispenser is mounted above 40" AFF. | 1115B.9.2 (1115B.8.3) | Toilet Room Fixtures and Accessories - Towel, sanitary napkins, waste receptacles. (Accessories - Towel, sanitary napkins, waste receptacles, dispensers and controls) | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 2.049 | Promenade Deck - Women's Restroom - Wedding Chapel | The clear floor space required for the paper towel dispenser is obstructed by a trash can. | 118B.4.1 (118B.4.1) | Clear Floor or Ground Space for Wheelchairs - Size and Approach | 4.2.4.1 (305.3) | Clear Floor or Ground Space for Wheelchairs - Size and Approach (Clear Floor or Ground Space- Size) |
| 2.05 | Promenade Deck - Women's Restrooms - Promenade Cafe | No ADAAG Signage is provided. | N/A | N/A | 703.1 | Signs - General |
| 2.051 | Promenade Deck - Women's Restrooms - Promenade Cafe | No Title 24 signage is provided. | 1115B.6 | Bathing and Toilet Facilities - Identification Symbols | N/A | N/A |
| 2.052 | Promenade Deck - Women's Restrooms - Promenade Cafe | The mirror is mounted 45 3/4" AFF. | 1115B.9.1.2 | Toilet Room Fixtures and Accessories - Lavatory Fixtures | 4.19.6 | Lavatories and Mirrors - Mirrors |
| 2.053 | Promenade Deck - Women's Restrooms - Promenade Cafe | The centerline of the toilet is 17 1/2". | 1115B.7.1.3 (1115B.4.1.1) | Toilet Facilities - Multiple-Accommodation Toilet Facilities - Accessible water closet compartment. (Accessible Fixtures - Accessible Water Closet Compartments) | 4.17.3 (604.2) | Toilet Stalls - Size and Arrangement (Water Closets and Toilet Compartments - Location) |
| 2.054 | Promenade Deck - Women's Restrooms - Promenade Cafe | No rear grab bar is provided in the accessible stall. | 1115B.8.1 (1115B.4.1.3) | Grab Bars - Location (Accessible Water Closets - Grab Bars) | 4.16.4 (604.5) | Water Closets - Grab Bars (Water Closets and Toilet Compartments - Garb Bars) |
| 2.055 | Promenade Deck - Women's Restrooms - Promenade Cafe | The toilet paper dispenser is mounted 12" in front of the toilet. | 1115B.9.3 (1115B.8.4) | Toilet Room Fixtures and Accessories - Toilet Tissue Dispensers (Accessories - Toilet Tissue Dispensers) | 4.16.6 (604.7) | Water Closets - Dispensers (Water Closets and Toilet Compartments - Dispensers) |
| 2.056 | Promenade Deck - Women's Restrooms - Promenade Cafe | The accessible stall has a strike side clearance of 4". | 1133B.2.4.3 | Doors - Maneuvering Clearances at Doors | 4.13.6 | Doors - Maneuvering Clearances at Doors |
| 2.057 | Promenade Deck - Women's Restrooms - Promenade Cafe | The hot water pipes under the lavatory are not insulated. | 1115B.2.1.2.2 (1115B.4.3.4) | Accessible Lavatories | 4.19.4 (606.5) | Lavatories and Mirrors - Exposed Pipes and Surfaces (Lavatories and Sinks - Exposed Pipes and Surfaces) |
| 2.058 | Promenade Deck - Women's Restroom - Observation Bar | No ADAAG Signage is provided. | N/A | N/A | 703.1 | Signs - General |
| 2.059 | Promenade Deck - Women's Restroom - Observation Bar | No Title 24 signage is provided. | 1115B.6 | Bathing and Toilet Facilities - Identification Symbols | N/A | N/A |

5

**Queen Mary Barrier's List, Attachment A**

**Section 2.000 - Public Restrooms**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 2.082 | A-Deck - Women's Restroom - Chaplains Sanctuary | The side grab bar has a knuckle space of 2 1/8". | 1115B.7.1 | Grab Bars, Tub, and Shower Seats - Diameter or Width | 609.3 | Grab Bars - Spacing |
| 2.083 | A-Deck - Women's Restroom - Chaplains Sanctuary | The flush valve is not positioned on the wide side of the toilet. | 1115B.2.1.1.2 (1115B.4.1.5) | Flush Controls | 4.18.4 (604.6) | Flush Controls |
| 2.084 | A-Deck - Women's Restroom - Chaplains Sanctuary | The centerline of the toilet is 16". | 1115B.7.1.3 (1115B.4.1.1) | Toilet Facilities - Multiple-Accommodation Toilet Facilities - Accessible water closet compartment. (Accessible Fixtures - Accessible Water Closet Compartments) | 4.17.3 (604.2) | Toilet Stalls - Size and Arrangement (Water Closets and Toilet Compartments - Location) |
| 2.085 | A-Deck - Women's Restroom - Chaplains Sanctuary | There are no lowered hand towel dispensers. | 1115B.9.2 (1115B.8.3) | Toilet Room Fixtures and Accessories - Towel, sanitary napkins, waste receptacles. (Accessories - Towel, sanitary napkins, waste receptacles, dispensers and controls) | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 2.086 | A-Deck - Women's Restroom - Chaplains Sanctuary | The mirror is mounted at 46 1/8" AFF. | 1115B.9.1.2 | Toilet Room Fixtures and Accessories - Lavatory Fixtures | 4.19.6 | Lavatories and Mirrors - Mirrors |

7

**Queen Mary Barrier's List, Attachment A**

**Section 3.000 - Counters, Seating, Tables**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 3.001 | Promenade Deck - Observation Bar | There is no vertical means of access to the exterior seating area. | 1114B.1.2 | Accessible route of travel. | 4.3.2 (206.2.1) | Accessible Route - Location (Accessible Routes - Site Arrival Points) |
| 3.002 | Promenade Deck - Observation Bar | The cafe tables in this outdoor seating area have a height of 43 3/4" AFF. | 1122B.4 | Fixed or built-in seating, tables, and counters - Height of Work Surfaces. | 5.2 (902.3 ) | Restaurants and Cafeterias - Counters and Bars (Dining Surfaces and Work Surfaces - Height) |
| 3.003 | Promenade Deck - Observation Bar | No accessible tables are provided in this restaurant. | 1122B.1 (1122B.1) | Fixed or Built-In, Seating, Tables, and Counters - Minimum Number | 4.32.1 (226.1 ) | Fixed or Built-In Seating and Tables - Minimum Number (Dining Surfaces and Work Surfaces - General) |
| 3.004 | Promenade Deck - Observation Bar | The bar in this area does not provide a lowered section as required by code. | 1122B.4 | Fixed or built-in seating, tables, and counters - Height of Work Surfaces. | 5.2 (902.3 ) | Restaurants and Cafeterias - Counters and Bars (Dining Surfaces and Work Surfaces - Height) |
| 3.005 | Promenade Deck - Observation Bar | The staircases in this bar do not provide handrails. | 1133B.4.1 | Stairways - Handrails | 504.6 | Stairways - Handrails |
| 3.006 | Sun Deck - Tea Room | No accessible tables are provided in the Tea Room. | 1122B.1 (1122B.1) | Fixed or Built-In, Seating, Tables, and Counters - Minimum Number | 4.32.1 (226.1 ) | Fixed or Built-In Seating and Tables - Minimum Number (Dining Surfaces and Work Surfaces - General) |
| 3.007 | Sun Deck - Smoking/Deck Area | No accessible tables are provided. | 1122B.1 (1122B.1) | Fixed or Built-In, Seating, Tables, and Counters - Minimum Number | 4.32.1 (226.1 ) | Fixed or Built-In Seating and Tables - Minimum Number (Dining Surfaces and Work Surfaces - General) |
| 3.008 | Promenade Deck - Promenade Cafe | No accessible seating is provided. | 1122B.1 (1122B.1) | Fixed or Built-In, Seating, Tables, and Counters - Minimum Number | 4.32.1 (226.1 ) | Fixed or Built-In Seating and Tables - Minimum Number (Dining Surfaces and Work Surfaces - General) |
| 3.009 | Promenade Deck - Starboard Bakery | No accessible seating is provided. | 1122B.1 (1122B.1) | Fixed or Built-In, Seating, Tables, and Counters - Minimum Number | 4.32.1 (226.1 ) | Fixed or Built-In Seating and Tables - Minimum Number (Dining Surfaces and Work Surfaces - General) |

8

**Queen Mary Barrier's List, Attachment A**

**Section 4.000 - Guestrooms**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 4.001 | Guestroom 204 | The entry door security latch is mounted at 55 3/4" AFF. | 1118B.5 1118B.6 (1118B.5) (1118B.6) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 4.002 | Guestroom 204 | The door to the adjoining room has a deadbolt latch only and does not provide lever handled hardware. | 1133B.2.5.2 | Doors - Closer Effort to Operate Doors | 309.4 | Operable Parts - Operation |
| 4.003 | Guestroom 204 | The clear floor space for the HVAC panel is obstructed by a chair. | 1118B.4.1 (1118B.4.1) | Clear Floor or Ground Space for Wheelchairs - Size and Approach | 4.2.4.1 (305.3) | Clear Floor or Ground Space for Wheelchairs - Size and Approach (Clear Floor or Ground Space- Size) |
| 4.004 | Guestroom 204 | The HVAC control require pinching and twisting of the wrist. | 1117B.6.4 | Controls and Operating Mechanisms - Operation | 4.27.4 (309.4) | Controls and Operating Mechanisms - Operation (Operable Parts - Operation) |
| 4.005 | Guestroom 204 | The shelf holding the alarm clock and I Pod base is mounted at 59" AFF. | 1118B.5 1118B.6 (1118B.5) (1118B.6) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 4.006 | Guestroom 204 | The alarm clock operation knobs are above the shelf and are 62" AFF. | 1118B.5 1118B.6 (1118B.5) (1118B.6) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 4.007 | Guestroom 204 | The water and drink bottles are on a shelf and are at 54" AFF, and beyond the side reach ranges required by code. | 1118B.5 1118B.6 (1118B.5) (1118B.6) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 4.008 | Guestroom 204 | The closet has a lip at the front of 2 3/4" AFF, and does not meet code. | 1133B.2.4.1 | Doors - Thresholds | 404.2.5 | Doors - Thresholds |
| 4.009 | Guestroom 204 | The clothes bar in the closet has a height of 49 3/4" AFF. | 1125B.3 | Storage - Height | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 4.01 | Guestroom 204 | The electric receptacles are mounted at 12 3/4" AFF. | 1117B.6.3 | Controls and Operating Mechanisms - Height | 4.27.3 (309.3) | Controls and Operating Mechanisms - Height (Operable Parts - Height) |
| 4.011 | Guestroom 204 | The clear floor space required for the light fixtures are all obstructed by furniture. | 1118B.4.1 (1118B.4.1) | Clear Floor or Ground Space for Wheelchairs - Size and Approach | 4.2.4.1 (305.3) | Clear Floor or Ground Space for Wheelchairs - Size and Approach (Clear Floor or Ground Space- Size) |
| 4.012 | Guestroom 204 | The light fixtures have knob type switches and require the twisting and turning of the wrist to operate and do not meet code. | 1117B.6.4 | Controls and Operating Mechanisms - Operation | 4.27.4 | Controls and Operating Mechanisms - Operation |
| 4.013 | Guestroom 204-Bathroom | The bathroom door has knob type hardware and requires twisting and turning of the wrist to operate and does not meet code. | 1117B.6.4 | Controls and Operating Mechanisms - Operation | 4.27.4 | Controls and Operating Mechanisms - Operation |
| 4.014 | Guestroom 204-Bathroom | The lavatory provides 28 1/8" knee space. | 1115B.2.1.2.1 (1115B.4.3.2) | Accessible Lavatories | 4.19.2 (606.2) | Lavatories and Mirrors - Heights and Clearances (Lavatories and Sinks - Clear Floor Space) |
| 4.015 | Guestroom 204-Bathroom | The lavatory hardware requires twisting and turning of the wrist. | 1117B.6.4 | Controls and Operating Mechanisms - Operation | 4.27.4 (309.4) | Controls and Operating Mechanisms - Operation (Operable Parts - Operation) |
| 4.016 | Guestroom 204-Bathroom | The mirror is mounted at 47 5/8" AFF. | 1115B.8.1.1 | Accessories - Mirrors | 4.19.6 (603.3) | Lavatories and Mirrors - Mirrors (Toilet and Bathing Rooms - Mirrors) |
| 4.017 | Guestroom 204-Bathroom | The hair dryer is at 55 1/2" oc. AFF, and plugs in around the corner mounted at 46"AFF. next to the toilet. | 1115B.9.2 (1115B.8.3) | Toilet Room Fixtures and Accessories - Towel, sanitary napkins, waste receptacles, (Accessories - Towel, sanitary napkins, waste receptacles, dispensers and controls) | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 4.018 | Guestroom 204-Bathroom | The toilet does not have the flush valve mounted on the wide side. | 1115B.2.1.1.2 (1115B.4.1.5) | Flush Controls | 4.18.4 (604.6) | Flush Controls |
| 4.019 | Guestroom 204-Bathroom | The toilet center line is 14 3/4". | 1115B.7.1.3 (1115B.4.1.1) | Toilet Facilities - Multiple-Accommodation Toilet Facilities - Accessible water closet compartment. Accessible Fixtures - Accessible Water Closet Compartments | 4.17.3 (604.2) | Toilet Stalls - Size and Arrangement (Water Closets and Toilet Compartments - Location) |

**Queen Mary Barrier's List, Attachment A**

**Section 4.000 - Guestrooms**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 4.02 | Guestroom 204-Bathroom | The side grab bar does not extend 24" in front of the toilet. | 1115B.8.1 (1115B.4.1.3) | Grab Bars - Location (Accessible Water Closets - Grab Bars) | 4.16.4 (604.5) | Water Closets - Grab Bars (Water Closets and Toilet Compartments - Garb Bars) |
| 4.021 | Guestroom 204-Bathroom | The side grab bar is a 24" bar. | 1115B.8.1 (1115B.4.1.3) | Grab Bars - Location (Accessible Water Closets - Grab Bars) | 4.16.4 (604.5) | Water Closets - Grab Bars (Water Closets and Toilet Compartments - Garb Bars) |
| 4.022 | Guestroom 204-Bathroom | The trash can obstructs the required toe space for the lavatory. | 1115B.2.1.2.1 (1115B.4.3.2) | Accessible Lavatories | 4.19.2 (606.2) | Lavatories and Mirrors - Heights and Clearances (Lavatories and Sinks - Clear Floor Space) |
| 4.023 | Guestroom 204-Bathroom | The lavatory P trap extends out from the wall 8 1/4". | 1115B.2.1.2.1 (1115B.4.3.2) | Accessible Lavatories | 4.19.2 (606.2) | Lavatories and Mirrors - Heights and Clearances (Lavatories and Sinks - Clear Floor Space) |
| 4.024 | Guestroom 204-Bathroom | The towel bar is mounted at 64 3/4" AFF. | 1115B.9.2 (1115B.8.3) | Toilet Room Fixtures and Accessories - Towel, sanitary napkins, waste receptacles. (Accessories - Towel, sanitary napkins, waste receptacles, dispensers and controls) | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 4.025 | Guestroom 204-Bathroom | The towel shelf is mounted at 65 5/8" AFF. | 1115B.9.2 (1115B.8.3) | Toilet Room Fixtures and Accessories - Towel, sanitary napkins, waste receptacles. (Accessories - Towel, sanitary napkins, waste receptacles, dispensers and controls) | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |
| 4.026 | Guestroom 204-Bathroom | No seat is provided in the bathtub. | 1115B.4.5.2 | Accessible Bathtubs - Seat | 607.3 | Bathtubs - Seat |
| 4.027 | Guestroom 204-Bathroom | The tub side grab bar is a L shaped bar mounted at 40 3/4" AFF. | 1115B.4.5.3 | Accessible Bathtubs - Grab Bars | 607.4 | Bathtubs - Grab Bars |
| 4.028 | Guestroom 204-Bathroom | Only one horizontal back grab bar is provided. | 1115B.4.5.3 | Accessible Bathtubs - Grab Bars | 607.4 | Bathtubs - Grab Bars |
| 4.029 | Guestroom 204-Bathroom | The angled grab bar obstructs the use of the back grab bar to less than 1 1/4" knuckle space. | 1115B.4.5.3 | Accessible Bathtubs - Grab Bars | 607.4 | Bathtubs - Grab Bars |
| 4.03 | Guestroom 204-Bathroom | The angled grab bar on the back wall obstructs the use of the back grab bar. | 1115B.4.5.3 | Accessible Bathtubs - Grab Bars | 607.4 | Bathtubs - Grab Bars |
| 4.031 | Guestroom 204-Bathroom | The shower control handle is mounted at 53" AFF. | 1115B.4.5 | Accessible Showers - Hand Held Sprayer Unit | 608.6 | Shower Spray Unit and Water |
| 4.032 | Guestroom 204-Bathroom | The diverter valve in the shower is mounted at a height of 72" AFF. | 1115B.4.4.5 | Accessible Showers - Hand Held Sprayer Unit | 608.6 | Shower Spray Unit and Water |
| 4.033 | Guestroom 204-Bathroom | The tub clear floor space is obstructed by the lavatory and provides a clear floor space at the side of the tub of 40". | 1115B.4.5.1 | Accessible Bathtubs - Clear Floor Space | 305.3 | Clear Floor or Ground Surfaces - Size |
| 4.034 | Guestroom 204-Bathroom | The tub mixing valve and the stopper require twisting and turning of the wrist to operate. | 1115B.6.4 | Controls and Operating Mechanisms - Operation | 4.27.4 | Controls and Operating Mechanisms - Operation |
| 4.035 | Guestroom 204-Bathroom | The coat hook is mounted at 70" AFF. | 1115B.9.2 (1115B.8.3) | Toilet Room Fixtures and Accessories - Towel, sanitary napkins, waste receptacles. (Accessories - Towel, sanitary napkins, waste receptacles, dispensers and controls) | 4.2.5 4.2.6 (308.2) (308.3) | Space Allowance and Reach Ranges - Forward Reach. Space Allowance and Reach Ranges - Side Reach. |

10

| Queen Mary Barrier's List, Attachment A | | | | | | |
|---|---|---|---|---|---|---|

| Section 5.000 - Parking | | | | | | |
|---|---|---|---|---|---|---|
| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
| 5.001 | General Parking | No designated accessible parking is provided in the main lot. What users are referred to is a section with temporary signage that says reserved. No compliant signage, size, unloading zones, or path of travel is provided. | 1129B.1 Table 11B-6 | Accessible Parking Required | 208.2 | Parking Spaces - Minimum Number |
| 5.002 | General Parking - Parking Count | The general parking lot provides approximately 1000 spaces, 20 spaces are required. Many of the lines are deteriorated and an exact count is not possible. | 1129B.1 Table 11B-6 | Accessible Parking Required | 208.2 | Parking Spaces - Minimum Number |
| 5.003 | Hotel Parking - Parking Count | The hotel parking lot provides 230 spaces. 7 are required. | 1129B.1 Table 11B-6 | Accessible Parking Required | 208.2 | Parking Spaces - Minimum Number |
| 5.004 | Hotel Parking - Space 1 | The unloading zone is missing the "No Parking" signage. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.005 | Hotel Parking - Space 1 | No "Minimum Fine" signage is provided. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.006 | Hotel Parking - Space 1 | The space does not have a length of 18'. | 1129B.4.1 | Accessible Parking Required - Parking Space Size - Dimensions | 502.3 | Parking Spaces - Access Aisle |
| 5.007 | Hotel Parking - Space 1 | The unloading zone is used as a parking space for golf carts. | 1129B.3.3 | Arrangement of parking space. | 502.3 | Parking Spaces - Access Aisle |
| 5.008 | Hotel Parking - Space 1 | The access to the delineated crosswalk leading from the head of the unloading zone is blocked by a metal bollard and a chain. | 1129B.3.3 | Arrangement of parking space. | 502.3 | Parking Spaces - Access Aisle |
| 5.009 | Hotel Parking - Space 2 | The unloading zone is missing the "No Parking" signage. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.01 | Hotel Parking - Space 2 | No "Minimum Fine" signage is provided. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.011 | Hotel Parking - Space 2 | The space does not have a length of 18'. | 1129B.4.1 | Accessible Parking Required - Parking Space Size - Dimensions | 502.3 | Parking Spaces - Access Aisle |
| 5.012 | Hotel Parking - Space 2 | The access to the delineated crosswalk leading from the head of the unloading zone is blocked by a metal bollard and a chain. | 1129B.3.3 | Arrangement of parking space. | 502.3 | Parking Spaces - Access Aisle |
| 5.013 | Hotel Parking - Space 3 | No signage is provided. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.014 | Hotel Parking - Space 3 | The unloading zone is missing the "No Parking" signage. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.015 | Hotel Parking - Space 3 | The access from the parking spaces to the main entry is restricted down to less than 36" by bollards and gates. | 1118B.1 | Space Allowance and Reach Ranges - Wheelchair Passage Width | 4.2.1 (403.5.1) | Space Allowance and Reach Ranges - Wheelchair Passage Width (Walking Surfaces - Clear Width) |
| 5.016 | Hotel Parking - Space 4 | The unloading zone is missing the "No Parking" signage. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.017 | Hotel Parking - Space 4 | No "Minimum Fine" signage is provided. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.018 | Hotel Parking - Space 4 | The access from the parking spaces to the main entry is restricted down to less than 36" by bollards and gates. | 1118B.1 | Space Allowance and Reach Ranges - Wheelchair Passage Width | 4.2.1 (403.5.1) | Space Allowance and Reach Ranges - Wheelchair Passage Width (Walking Surfaces - Clear Width) |
| 5.019 | Hotel Parking - Space 5 | No signage is provided. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.02 | Hotel Parking - Space 5 | The unloading zone is missing the "No Parking" signage. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.021 | Hotel Parking - Space 6 | Signage is cracked and broken. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.022 | Hotel Parking - Space 6 | No "Minimum Fine" signage is provided. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.023 | Hotel Parking - Space 6 | The unloading zone is missing the "No Parking" signage. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.024 | Hotel Parking - Space 6 | No ISA symbol is provided on the ground at the foot of the parking space. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.025 | Hotel Parking - Space 6 | Parking space has deteriorated and uplifted asphalt and will create excessive sloping. | 1129B.4.1 | Accessible Parking Required - Parking Space Size - Dimensions | 502.3 | Parking Spaces - Access Aisle |
| 5.026 | Hotel Parking - Space 7 | Signage is cracked and broken. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |

**Queen Mary Barrier's List, Attachment A**

**Section 5.000 - Parking**

| Item No. | Location | Description | T-24 Code | T-24 Code Requirements | ADAAG Code | ADAAG Code Requirements |
|---|---|---|---|---|---|---|
| 5.027 | Hotel Parking - Space 7 | No "Minimum Fine" signage is provided. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.028 | Hotel Parking - Space 7 | The unloading zone is missing the "No Parking" signage. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.029 | Hotel Parking - Space 7 | No ISA symbol is provided on the ground at the foot of the parking space. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.03 | Hotel Parking - Space 7 | Parking space has deteriorated and uplifted asphalt and will create excessive sloping. | 1129B.4.1 | Accessible Parking Required - Parking Space Size - Dimensions | 502.3 | Parking Spaces - Access Aisle |
| 5.031 | Hotel Parking - Space 7 | Acess to the main entry requires the user to go behind parked cars. | 1129B.3.3 | Arrangement of parking space. | 502.3 | Parking Spaces-Access Aisle |
| 5.032 | Hotel Parking - Space 8 | Signage is cracked and broken. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.033 | Hotel Parking - Space 8 | No "Minimum Fine" signage is provided. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.034 | Hotel Parking - Space 8 | The unloading zone is missing the "No Parking" signage. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.6 | Parking Spaces - Identification |
| 5.035 | Hotel Parking - Space 8 | No ISA symbol is provided on the ground at the foot of the parking space. | 1129B.4 | Accessible Parking Required - Identification of Parking Spaces for Off-Street Parking Facilities. | 502.3 | Parking Spaces - Access Aisle |
| 5.036 | Hotel Parking - Space 8 | Parking space has deteriorated and uplifted asphalt and will create excessive sloping. | 1129B.4.1 | Accessible Parking Required - Parking Space Size - Dimensions | 502.3 | Parking Spaces-Access Aisle |
| 5.037 | Hotel Parking - Space 8 | Acess to the main entry requires the user to go behind parked cars. | 1129B.3.3 | Arrangement of parking space. | | |